**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Virginia A. Miles, Employee, Petitioner,

v.

Waffle House, Inc., Employer, and Brentwood Services, Inc., Carrier, Respondents.

Appellate Case No. 2013-000274

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal from the Appellate Panel
South Carolina Workers' Compensation Commission

———————

Memorandum Opinion No. 2015-MO-059
Heard September 22, 2015 – Filed September 30, 2015

———————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Stephen Benjamin Samuels, of Samuels Law Firm, L.L.C., of Columbia, for Petitioner.

Helen Faith Hiser, of McAngus Goudelock & Courie, L.L.C., of Mount Pleasant, for Respondents.

**PER CURIAM:**  We granted certiorari to review the Court of Appeals' decision in *Miles v. Waffle House, Inc.*, Op. No. 2012-UP-552 (S.C. Ct. App. filed Jan. 9, 2013).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**